UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| James De Los Santos,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Case No. 1:25-cv-00855-ADA |
| | § | |
| Mattress by Appointment,<br>*Defendant.* | §<br>§<br>§ | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell concerning Defendant's Motion to Compel Arbitration. Dkt. 78. Judge Howell entered his report and recommendation on August 13, 2025. *Id.* The following day, Plaintiff filed an Emergency Motion to Vacate Report & Recommendation and Reinstate Rule 59(e) Motion with Leave to File Supplemental Reply. Dkt. 79.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). The Court need not, however, conduct a *de novo* review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

The Court construes Plaintiff's emergency motion, Dkt. 79, as an objection to the report and recommendation. Because Plaintiff timely objected to the report and recommendation, the Court has conducted an independent review of the record in this

1

cause and has conducted a *de novo* review with respect to those matters raised by the Plaintiff. After due consideration, the Court concludes that Plaintiff's objections lack merit and that the report and recommendation should be adopted.

Accordingly, the Court **GRANTS** Defendant's Motion to Compel, Dkt. 4, and **DISMISSES AS MOOT** Plaintiff's remaining pending motions. This case is **STAYED** pending arbitration.

**SIGNED** on September 3, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE